AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

RUDOLPH JOSEPH
_Petitioner_

v.   Case No. 20-0050
_(Supplied by Clerk of Court)_

MARLON GUSMAN, Sheriff (Orleans)
SANDY McCAIN, WARDEN, RLCC
_Respondent_
(name of warden or authorized person having custody of petitioner)

SECT. D MAG. 4

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: RUDOLPH JOSEPH
    (b) Other names you have used: Aubrey WAGNER
2.  Place of confinement:
    (a) Name of institution: RAYMOND Laborde Corr. Center
    (b) Address: 1630 Prison rd. Cottonport, LA. 71327
    (c) Your identification number: #284961
3.  Are you currently being held on orders by:
    ☐ Federal authorities   ☒ State authorities   ☒ Other - explain:
    Orleans Parish Detainer
4.  Are you currently:
    ☒ A pretrial detainee (waiting for trial on criminal charges) *see other
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: East Baton Rouge Dist. Court - Baton Rouge, LA.
    (b) Docket number of criminal case: 06-10-0310
    (c) Date of sentencing: 9/11/12
    ☐ Being held on an immigration charge
    ☒ Other (explain): Habeas Petition Filed pursuant to outstanding/pending charges in Orleans Parish Criminal Dist. Court

TENDERED FOR FILING
JAN 06 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

X Fee _pauper_
___ Process ___ Page 2 of 10
X Dktd
___ CtRmDep
___ Doc. No.

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☒ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): Length of time held pretrial (8 yrs.)

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Orleans Parish Crim. Dist. Court, Sec. B, Judge Tracy Davallier
   (b) Docket number, case number, or opinion number: #508-659
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Speedy Trial right violation
   (d) Date of the decision or action: Ongoing

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Louisiana State Supreme Court
       (2) Date of filing: April 23, 2019
       (3) Docket number, case number, or opinion number: 2019-K-00643
       (4) Result: Writ Application Denied - (No opinion given)
       (5) Date of result: October 8, 2019
       (6) Issues raised: U.S. Constitution 6th Amendment violation/Denial of Right to Speedy Trial; Prescription Constitutionally & Statutorily.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes            ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Motion to Quash - 6th Amend. Viola.
(b) Name of the authority, agency, or court: Orleans Parish Crim. Dist. Court Sec. B, Judge Tracy Davillier
(c) Date of filing: May 17, 2018
(d) Docket number, case number, or opinion number: 508-659
(e) Result: Granted
(f) Date of result: June 25, 2018
(g) Issues raised: 6th Amendment - Speedy Trial Violation; Prescription - Constitutional & Statutory.
*(Ruling Overturned by Fourth Cir. Court of Appeal (Louisiana) Docket # 2018-KA-0867
*(See copy of Decision in Appendix)

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: On false charges I was indicted over 8 years ago. Since then, I have had 2 different Judges, Four(4) different A.D.A.'s and Seven(7) different attorneys. Every attorney I asked to not request or accept any

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Continuances. Repeatedly I requested objections to delays. Despite this, I only had one (1) hearing in six (6) years. Since then, many of my witnesses have died and the whereabouts of others are now unknown. In addition much of the evidence that could help me is no longer available.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

GROUND TWO: _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

GROUND THREE: _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

GROUND FOUR: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: To be held pretrial for almost a decade (8+ years) violated my right to a speedy trial. I did nothing to cause any delays. I now humbly ask and pray that this Court ORDER these charges DISMISSED. Thank you.

\* Due to my lack of schooling as it applies to law, I also request appointment of counsel to assist me in my matters before this court.

                                        Thank you.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

December 20, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/20/19

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any