UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUDOLPH JOSEPH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-0050** |
| **MARLON GUSMAN, SHERIFF (ORLEANS), SANDY MCCAIN, WARDEN, RLCC** | **SECTION "D"(4)** |

## PAUPER ORDER

Considering the petitioner's application to proceed *in forma pauperis*,

**IT IS ORDERED** that the motion is **GRANTED** and the petitioner is entitled to proceed *in forma pauperis*.

New Orleans, Louisiana, this __8th__ day of January, 2020.

_____
**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**